In the Matter of the Claim of JENNIE M. YEOPLE against JOHN B. ROSE COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Yeople* v. *Rose Co.*, 182 App. Div. 438, affirmed.
(Argued April 29, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 14, 1918, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Cornelius Yeople, while in the employ of defendant Rose Company, received injuries resulting in his death. An award was made to his wife and to a granddaughter. The appeal is from that part of the award that allows compensation to the granddaughter. The industrial commission found that "Jennie M. Yeople, granddaughter, is the daughter of William Yeople, son of Cornelius Yeople, deceased, and Jennie S. Yeople, and at the date of said accident and at the date of the death of Cornelius Yeople, Jennie M. Yeople's father and mother were both alive. Beginning in 1902, and at all times since then, Jennie M. Yeople lived with and was supported and maintained by her grandparents, Cornelius Yeople and Jennie S. Yeople, and neither the father nor the mother of Jennie M. Yeople ever contributed toward her support and maintenance from 1902 or thereafter. At the time of said accident Jennie M. Yeople was dependent upon Cornelius Yeople."

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.